# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| SAMUEL SCARCELLA,<br>*Plaintiff* | §<br>§<br>§ | |
| v. | §<br>§ | No. 1:25-CV-00548-ADA-SH |
| WALMART INC., *ET AL.*,<br>*Defendants* | §<br>§<br>§ | |

## ORDER

Before the Court is Defendants' Motion for Leave to File First Amended Answer to Plaintiff's Original Petition, filed September 15, 2025 (Dkt. 13).

Under Local Rule CV-7(d)(2), responses to motions are due within fourteen days after the motion is filed; if no response is timely filed, the court may grant the motion as unopposed. Plaintiff's response to the Motion for Leave was due on September 29, 2025. Plaintiff failed to file a response to Defendants' Motion for Leave by that deadline. The Court therefore **GRANTS** as unopposed Defendants' Motion for Leave to File First Amended Answer (Dkt. 13), pursuant to Local Rule CV-7(d)(2).

**SIGNED** on October 6, 2025.

SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE